United States District Court
Southern District of Texas
**ENTERED**
December 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JAMIE BLACKA,** *as Representative of the* **ESTATE OF ERIC BLACKA;** and *as next friend for* **L.A.B. & L.M.B.,** *minor children* | § § § § § | **CIVIL ACTION NO. 2:20-cv-313** **JURY TRIAL** |
| **VS.** | § § § | |
| **VALERO SERVICES, INC.** | § | |

## ORDER OF DISMISSAL

After considering Plaintiff's *Stipulation of Dismissal*, the Court is of the opinion that the stipulation should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are dismissed without prejudice.

All costs are taxed against the party incurring same.

SIGNED on this   27th   day of    December    , 2022.

_____
UNITED STATES DISTRICT JUDGE